### 20841. SHIRLEY *v.* CITY OF COLLEGE PARK.

CANDLER, Justice.  The defendant in this case was convicted of violating a penal ordinance of the City of College Park, Georgia.  In an application to the Superior Court of Fulton County for the State's writ of certiorari he attacked the constitutionality of the ordinance under which he was convicted, on a specified ground.  The writ was granted but was overruled at the hearing.  The exception is to that judgment. *Held:*

The Court of Appeals and not this court has jurisdiction to review a judgment overruling an attack made on the constitutionality of a municipal ordinance.  *Perkins* v. *Hattiesburg Brick Work,* 212 *Ga.* 804 (96 S. E. 2d 361), and the cases there cited.  Hence, this case must be and is

*Transferred to the Court of Appeals.  All the Justices concur.*

SUBMITTED MARCH 16, 1960—DECIDED MARCH 16, 1960.

*Preston L. Holland,* for plaintiff in error.
*Henry G. Crawford,* contra.

### 20716. WOODWARD, Mayor, *et al.* v. McCALLUM, Commissioner, *et al.*

HEAD, Presiding Justice.  All questions made by the bill of exceptions in the present case have been decided adversely to the contentions of the plaintiffs in error by the decision in *Crow* v. *McCallum,* 215 *Ga.* 692 (113 S. E. 2d 203).

*Judgment affirmed.  All the Justices concur.*

ARGUED JANUARY 11, 1960—DECIDED MARCH 15, 1960—
REHEARING DENIED MARCH 30, 1960.

*Kenyon, Kenyon & Gunter,* for plaintiffs in error.
*Adams & McDonald, Oliver & Bostick, Cravey & Pentecost,* contra.